

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital- City Centre,
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On August 28, 2014, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the clerk's record did not contain a signed appealable order. On September 8, appellant responded by stating the August 7, 2014 order should have been included in the record. The trial court clerk has notified this court that the order cannot be located.

We order appellant to make a good faith attempt to obtain a written stipulation from appellee as to what constitutes a true and correct copy of the order appealed. *See* TEX. R. APP. P. 34.5(e). Appellant must, by **September 18, 2014**, either (1) deliver the stipulation and copy of the order to the Bexar County District Clerk for inclusion in a supplemental record or (2) file in this court a report stating what efforts were made to obtain a stipulation, why the efforts were unsuccessful, and what disagreements, if any, exist regarding what constitutes an accurate copy of the missing order.

If appellant files a timely report stating no stipulation was reached, we will abate and remand to the trial court for a hearing to determine what constitutes an accurate copy of the missing order and to make such recommendations as the court deems appropriate.

If appellant fails to either deliver a stipulated copy to the trial court clerk or file a report with this court by the date ordered, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.



_____
Keith E. Hottle
Clerk of Court